UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT CRAFT : | |
|     Plaintiff : | CIVIL NO. 3:20-cv-00171-RNC |
| : | |
| V. : | |
| : | |
| T. ROWE PRICE AND COMPANY : | |
|     Defendant : | MAY 7, 2020 |

### JOINT STATUS REPORT

The parties herein submit the following joint status report in the captioned matter.

A.   <u>Status of the case</u>:   At this juncture both sides have served initial disclosures and written interrogatories and production requests. Objections have been interposed and answers have not yet been provided as they are not yet due.  The parties plan to schedule a discovery conference in the near future to address outstanding objections.  Until such time as the answers are provided it is unknown as to how many depositions will be required.

B.   At this time the parties do not have interest in referral for settlement purposes to either a United States Magistrate Judge or a Special Master.

C.   At this time the Defendant will not consent to a jury trial before a Magistrate Judge.

D.   Estimated length of trial:   Unknown until discovery is further completed.

                                      THE PLAINTIFF,
                                      ROBERT CRAFT

                By:   /s/Alexander J. Trembicki
                     Alexander J. Trembicki, Esq (ct06889)
                     Email:  ltmbwpt@aol.com
                     Lynch, Trembicki & Boynton
                     225 Main Street, Suite 103
                     Westport, CT 06880
                     P: (203) 227-6808
                     F: (203) 226-6215

                      DEFENDANT,
                      T. ROWE PRICE INVESTMENT
                      SERVICES, INC.

By:    <u>/s/John P. Shea, Jr.</u>
        John P. Shea, Jr., Esq., (ct17433)
        Email: john.shea@jacksonlewis.com
        Jackson Lewis, P.C.
        90 State House Square, 8th Floor
        Hartford, CT 06103
        P: (860) 522-0404
        F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 7, 2020, a copy of foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

*/s/ John P. Shea, Jr.*
John P. Shea, Jr.