UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT CRAFT,<br>      Plaintiff | : | CIVIL ACTION NO: 3:20-cv-00171(RNC) |
| v. | : | |
| T. ROWE PRICE INVESTMENT<br>SERVICES, INC.<br>      Defendant | : | MAY 20, 2021 |

## STIPULATION FOR DISMSSAL OF ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| DEFENDANT<br>T. ROWE PRICE INVESTMENT<br>SERVICES, INC. | THE PLAINTIFF<br>ROBERT CRAFT |

By:   /s/*John P. Shea, Jr.*  
     John P. Shea, Jr. Esq., (ct17433)  
     Emmett F. McGee, Jr. (phv11029)  
     Jackson Lewis, P.C.  
     90 State House Square, 8th Floor  
     Hartford, CT 06103  
     Ph: (860) 522-0404  
     Fax: (860) 247-1330  
     Email: john.shea@jacksonlewis.com  
     Email: emmett.mcgee@jacksonlewis.com

By:   /s/*Alexander J. Trembicki*  
     Alexander J. Trembicki, Esq (ct06889)  
     Lynch, Trembicki & Boynton  
     27 Imperial Avenue  
     Westport, Connecticut 06880  
     Ph: (203) 227-6808  
     Fax: (203) 226-6215  
     Email: ltmbwpt@aol.com

## **CERTIFICATION**

        I hereby certify that on May 20, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                   */s/John P. Shea, Jr.*
                                                   John P. Shea, Jr.